UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
MARIAN NEMETH

        Plaintiff,

    -against-                  ORDER
                                   CV05-4924 (CBA)

COMMISSIONER JO ANNE B. BARNHART
Social Security Administration

        Defendant.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

AMON, U.S. DISTRICT JUDGE

        Plaintiff initiated this action by filing a complaint on **October 21, 2005**. The parties are directed to adhere to the following policies, which the Board of Judges has adopted for expediting the disposition of Social Security cases.

        Defendant will promptly obtain and file the administrative record of the proceedings below and will file its answer within 120 days and in any event, by **February 17, 2006**. The defendant will move for judgment on the pleadings, unless otherwise directed by the Court, within 60 days after filing its answer or by **April 18, 2006**.

        Plaintiff's response papers will be filed within 30 days, and in any event by **May 18, 2006**. The Court will notify the parties of the date and time set for oral argument upon receipt of the parties' written submissions.

        So Ordered.

Dated: Brooklyn, New York
       October 31, 2005

                                        (S)/HON CAROL B. AMON
                                        **Carol Bagley Amon**
                                        United States District Judge